**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
**A & L AUTO REPAIR, INC. et al.,**

                     **Plaintiffs,**                                             **ORDER**

                 -against-                                                 **17-CV-3529 (NG)**

**HUDSON PETROLEUM REALTY, LLC, et al.,**

                     **Defendants.**
-----------------------------------------------------------------x

**ROANNE L. MANN, CHIEF UNITED STATES MAGISTRATE JUDGE:**

      In a status report filed earlier today (DE #64), plaintiffs' counsel has asked the Court to rule on its pending motion to withdraw from representing plaintiff Ocean Auto Center, Inc. ("Ocean Avenue") (DE #54), which has violated previous court orders, as well as its discovery obligations. Ocean Avenue reportedly has not responded to its counsel's repeated communications over the past several days. The Court will not allow Ocean Avenue to delay the progress of this case and the mediation scheduled for September 28, 2018. Ocean Avenue's principal, Arkady Levin (or another authorized representative of Ocean Avenue), is directed to communicate with the entity's counsel, by noon on September 4, 2018, by either email or phone, to advise counsel whether Ocean Avenue would like to pursue its claims in this case and is prepared to participate in the September 28th mediation. Ocean Avenue is warned that if it fails to timely communicate with its counsel, the Court will grant counsel's pending motion to withdraw, and Ocean Avenue will not be permitted to pursue its claims *pro se* (without counsel).

Plaintiffs' counsel is directed to serve, forthwith, a copy of this order via email addressed to Mr. Levin, and to file proof of service and an updated status report by 4:00 p.m. on September 4, 2018.

**SO ORDERED.**

**Dated:** **Brooklyn, New York**
**August 31, 2018**

/s/ *Roanne L. Mann*
**ROANNE L. MANN**
**CHIEF UNITED STATES MAGISTRATE JUDGE**